UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EVAN P. LOWNEY, )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>HARMON LAW OFFICES, P.C., et al., )<br>      Defendants. )<br>)<br>) | Civil Action No.<br>17-11543-IT |

ORDER

March 22, 2018

TALWANI, D.J.

Plaintiff Evan P. Lowney seeks an extension of time to file an amended complaint. The court previously allowed Plaintiff a period of 35 days, ending March 16, 2018, to file an amended complaint if he sought to proceed with this action. Mem. & Order 7 [#16]. The court explicitly warned Plaintiff that "failure to timely file an Amended Complaint will result in this action being dismissed with prejudice." See Mem. & Order 7 [#16]. Plaintiff filed neither an amended complaint nor a motion for extension of time by that deadline. Plaintiff's Motion to Extend Time to File Amended Complaint with Request for Ex Parte Determination [#21], filed on March 19, 2018, does not show sufficient cause for an extension of time, but is sufficient to allow the dismissal to be without prejudice.

Accordingly, Plaintiff's Motion [#21] is DENIED, and the case is dismissed without prejudice.

IT IS SO ORDERED.

                                              /s/ Indira Talwani
                                              United States District Judge